*95 - 6*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLFLEX USA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>AVID IDENTIFICATION SYSTEMS, INC., a California corporation,<br><br>    Defendant.<br><br>────────────────<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:06-CV-1109-MRP (OP)<br><br>**STIPULATED ORDER OF FINAL JUDGMENT**<br><br>Judge:  Hon. Mariana R. Pfaelzer |

## STIPULATED ORDER OF FINAL JUDGMENT

WHEREAS, Plaintiff Allflex USA, Inc. ("Allflex") and Defendant AVID Identification Systems, Inc. ("AVID") have agreed to settle, adjust, and compromise their claims and counterclaims against each other in the above-captioned action, with preservation of certain appeal rights by AVID, in accordance with the terms of a certain Settlement Agreement dated July 16, 2011 ("Settlement Agreement").

The Court, having carefully considered the parties' Stipulated Motion For Dismissal And Entry Of Final Judgment, finds that good cause exists for the requested relief, and hereby orders that the Motion is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that with the exception of the following findings, which are final and ripe for appellate review, this action is dismissed with prejudice:

- the Court's grant of summary judgment of non-infringement of U.S. Patent Nos. 5,214,409 (the "'409 Patent") and 5,499,017 (the "'017 Patent"), as reflected in the Court's July 28, 2010 opinion;
- the Court's grant of summary judgment of materiality regarding the '409 Patent

1    and '017 Patent, as reflected in the Court's February 11, 2011 opinion; and

2    • the Court's October 30, 2009 order sanctioning AVID and Fish & Richardson

3        PC.

4    AVID may immediately appeal the above findings, and all underlying orders,

5    objections, opinions, and rulings including the Court's claim construction rulings.

6        **IT IS SO ORDERED, ADJUDGED AND DECREED.**

7

8    Dated: *August 22,* 2011

9                                    The Honorable Mariana R. Pfaelzer
10                                   United States District Judge
                                     Central District of California

2